The application of the above-named defendant for a review of the sentence of 40 years for Deliberate Homicide; plus 10 years for the use of a Weapon; to be served consecutively; plus credit for 153 days served imposed on May 30, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Patti Jensen of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 2nd day of April, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. MICHAEL PAMBRUN, Defendant.

DECISION

No. 6564

The application of the above-named defendant for a review of the sentence of 40 years for Robbery + credit for 167 days served imposed on April 30, 1984, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Ed McLean, Deputy County Attorney from Missoula for appearing before the Sentence Review Board.

We wish to thank Margaret Borg, Attorney at Law from Missoula for her assistance to the Defendant and to this Court.

DATED this 2nd day of April, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. EUGENE ANDREW AUSTAD, Defendant.

DECISION

No. ADC-78-074

The application of the above-named defendant for a review of the sentence for Counts I & II, Deliberate Homicide, Confinement for Life; Count III, Robbery, 40 years; Count IV, Sexual Intercourse without Consent, 40 years; Count V, Aggravated Burglary, 40 years; all to run consecutively; and designated as a DANGEROUS OF-